UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------

|  |  |  |
|---|---|---|
| DANNY STARNER, | : | CASE NO. 3:15-CV-1841 |
| Petitioner, | : |  |
| vs. | : | ORDER |
| CHARLOTTE JENKINS, Warden, | : |  |
| Respondent. | : |  |

-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

In 2008, a jury convicted Petitioner Danny Starner on eight counts of gross sexual imposition and fourteen counts of rape of a child under the age of thirteen.[1] The trial court sentenced Starner to thirty years to life in prison.[2] On August 4, 2016, this Court issued its opinion on the merits of Starner's petition for a writ of habeas corpus.[3] For the reasons set forth in that opinion, the Court **DENIED** Starner's petition and **TERMINATED** this action under Federal Rule of Civil Procedure 58.[4]

On September 1, 2016, Starner filed a notice of appeal of that order to the United States Court of Appeals for the Sixth Circuit.[5] On December 6, 2016, the Sixth Circuit held Starner's appeal in abeyance so that this Court may consider whether to grant Starner a certificate of appealability.[6]

---

[1] Doc. 7-1 at 19.
[2] *Id.* at 20-21.
[3] Doc. 24.
[4] Doc. 25.
[5] Doc. 26.
[6] Doc. 29.

Case No. 15-CV-1841
Gwin, J.

A certificate of appealability may issue only if this Court's conclusion is "debatable among jurists of reason; that a court could resolve the issue[] in a different manner; [and] that the question [is] adequate to deserve encouragement to proceed further."[7]

No such conditions exist here. Therefore, this Court **DECLINES** to grant Starner a certificate of appealability.

IT IS SO ORDERED.

Dated: December 7, 2016            *s/     James S. Gwin*
                                   JAMES S. GWIN
                                   UNITED STATES DISTRICT JUDGE

---

[7] *Barefoot v. Estelle*, 463 U.S. 880 (1983); *see also* 28 U.S.C. § 2253(c)(2).